# ROBERT ABBOTT

v.

## THOMAS JONES

1805

### JOURNAL ENTRIES

1. Special bail . . . . . . . . . . *Journal, infra,* \*p. 11
2. Leave to take deposition . . . . . . . . . " 12
3. Declaration filed . . . . . . . . . . " 18
4. Plea filed . . . . . . . . . . . . " 31
5. Jurors . . . . . . . . . . . . . " 53
6. Adjournment . . . . . . . . . . . " 55
7. Verdict . . . . . . . . . . . . . " 56
8. Motion for new trial made . . . . . . . . " 78
9. Argument heard . . . . . . . . . . . " 83

10. New trial granted . . . . . . . . *Journal, infra,* \*p. 84
11. Marshal ordered to show cause . . . . . . . . " 101
12. Jurors ordered to show cause . . . . . . . . " 102
13. Marshal fined . . . . . . . . . . . " 103
14. Juror fined . . . . . . . . . . . . " 104
15. Juror discharged . . . . . . . . . . " 104
16. Juror discharged . . . . . . . . . . " 104
17. Leave to take deposition . . . . . . . . " 106
18. Continuance . . . . . . . . . . . " 106
19. Postponement . . . . . . . . . . . " 128
20. Jurors; verdict; judgment . . . . . . . . " 163

## PAPERS IN FILE

1. Capias and return . . . . . . . . . . .
2. Appearance bond . . . . . . . . . . *Printed in Vol. 2*
3. Affidavit of Robert Abbott . . . . . . . " 
4. Declaration and plea . . . . . . . . . " 
5. Verdict . . . . . . . . . . . . " 
6. Reasons for new trial . . . . . . . . . " 
7. Verdict . . . . . . . . . . . . " 
8. Copy of record of judgment . . . . . . . .
9. Writ of execution . . . . . . . . . " 